# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| RICHARD CATALANO, | ) |
| | ) CIVIL COMPLAINT |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:18-cv-2877 |
| | ) |
| DIVERSIFIED CONSULTANTS, INC. | ) **JUDGE CHRISTOPHER A. BOYKO** |
| | ) |
| Defendant. | ) **MAG. JUDGE JONATHAN D. GREENBERG** |
| | ) |
| | ) **JURY DEMAND** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Plaintiff hereby gives notice that the above-captioned case is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: May 1, 2019

By:  s/ Geoffrey Parker

Geoffrey Parker (0096049)
HILTON PARKER LLC
10400 Blacklick-Eastern Rd NW, Ste. 110
Pickerington, OH 43147
Tel: (614) 992-2277
Fax: (614) 427-5557
gparker@hiltonparker.com

IT IS SO ORDERED.

s/ Christopher A. Boyko
_____
CHRISTOPHER A. BOYKO
U.S. DISTRICT JUDGE